UNITED STATES of America,
Plaintiff—Appellee,

v.

Donald Lynn STEINDORF,
Defendant—Appellant.

No. 04–30514.

D.C. No. CR–04–00004–1–DWM.

United States Court of Appeals,
Ninth Circuit.

Submitted Aug. 1, 2005.*

Decided Aug. 3, 2005.

Marcia Good Hurd, Office of the U.S. Attorney, Billings, MT, for Plaintiff–Appellee.

Robin B. Hammond, Federal Defenders of Montana, Billings, MT, for Defendant–Appellant.

Before O'SCANNLAIN, CALLAHAN, and BEA, Circuit Judges.

courts of this circuit except as provided by Ninth Circuit Rule 36–3.

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

MEMORANDUM**

Donald Lynn Steindorf appeals his 97–month sentence imposed following his guilty plea to distribution of child pornography, possession of child pornography, and forfeiture, in violation of 18 U.S.C. §§ 2252A(a)(2), (a)(5)(B), and 2253.

Pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), counsel for Steindorf has filed a brief stating there are no grounds for relief, and a motion to withdraw as counsel of record. Steindorf has not filed a pro se supplemental brief.

We have conducted an independent review of the record pursuant to *Penson v. Ohio,* 488 U.S. 75, 83, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988). We affirm the conviction. We vacate and remand the sentence for further proceedings consistent with *United States v. Booker,* —— U.S. ——, 125 S.Ct. 738, 757, 769, 160 L.Ed.2d 621 (2005).

Counsel's motion to withdraw as counsel on appeal is **DENIED.**

The conviction is **AFFIRMED,** and the sentence is **VACATED** and **REMANDED.**

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).